Merrill Wheaton BECKER, Appellant,

v.

The STATE of Texas, Appellee.

No. 27791.

Court of Criminal Appeals of Texas.

Nov. 9, 1955.

Willie Alvin BUSSEY, Appellant,

v.

The STATE of Texas, Appellee.

No. 27790.

Court of Criminal Appeals of Texas.

Nov. 9, 1955.

No appearance for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Asst. Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is robbery by assault; the punishment, eight years in the state penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

No appearance for appellant.

Dan Walton, Dist. Atty., Thomas D. White, Asst. Dist. Atty., Eugene Brady, Asst. Dist. Atty., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The unlawful possession of marijuana is the offense; the punishment, five years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.